Steven F. Werth (CA Bar No. 205434)
 swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone:    213.626.2311
Facsimile:     213.629.4520

[Proposed] Bankruptcy Counsel for Elissa D. Miller, Chapter 7 Trustee

**FILED & ENTERED**

**JUN 29 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>iLabPharma, Inc.,<br><br>           Debtor. | Case No. 2:18-bk-17220-ER<br><br>Chapter 7<br><br>**ORDER GRANTING EMERGENCY MOTION OF CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING TRUSTEE TO:**<br><br>**(1)    SELL TWO UNENCUMBERED AUTOMOBILES TO CARMAX, INC.;**<br><br>**(2)    PAY FOR INSURANCE FOR AUTOMOBILES; AND**<br><br>**(3)    REIMBURSE SULMEYERKUPETZ, A PROFESSIONAL CORPORATION, FOR AMOUNTS IT ADVANCES TO TOW THE CARS TO CARMAX**<br><br>                         **Hearing**<br><br>**DATE:**    June 29, 2018<br>**TIME:**    1:30 p.m.<br>**PLACE:**  Courtroom 1568<br>               U.S. Bankruptcy Court<br>               255 E. Temple Street<br>               Los Angeles, CA 90012 |

SFW\ 2627875.2

Case 2:18-bk-17220-ER    Doc 16    Filed 06/29/18    Entered 06/29/18 16:11:30    Desc
Main Document    Page 2 of 3

The Court, having considered the "Emergency Motion Of Chapter 7 Trustee For Order Authorizing Trustee To: (1) Sell Two Unencumbered Automobiles To Carmax, Inc., (2) Pay For Insurance For Automobiles, And (3) Reimburse **Sulmeyer**Kupetz, A Professional Corporation, For Amounts It Advances To Tow The Cars To Carmax" [Docket No. 10] (the "Sale Motion") filed by Elissa D. Miller, the duly appointed and acting Chapter 7 trustee ("Trustee") of the bankruptcy estate of the above-captioned debtor, and after finding that no opposition was timely made by any creditor or party in interest, notice of the Sale Motion was properly given to all necessary parties, for the reasons stated at the hearing on the Motion and in this Court's tentative ruling on the Motion (Docket No. 15), incorporated herein by reference, and for good cause appearing,

**IT IS ORDERED** that:

1. The Sale Motion is granted;

2. The Trustee is authorized to sell the following Automobiles to Carmax, Inc.:

   - 2017 Toyota Camry, License Plate No. 7XYL937
     VIN No. 4T1BF1FKXHU419835
   - 2016 Toyota Prius, License Plate 7NTU292,
     VIN No.: JTDKN3DU6F0466999

3. The Trustee is authorized to pay Trustee Resources Group for the cost of insuring the Automobiles until sold from the Sale Proceeds.

4. The Trustee is authorized, to reimburse the Firm (as that term is defined in the Sale Motion) for the costs advanced by it for towing the Automobiles to the business location of Carmax, Inc.

SFW\ 2627875.2

- 2 -

# # #

Date: June 29, 2018

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge